# SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————X

PATRICK KELLY,

        Plaintiff,

  -against-

RICHARD GIRASOLE,

        Defendant.

——————————————————————X

*U.S. DISTRICT COURT FILED  MAY 2 8 2008  S.D. OF N.Y.*

**Civil Judgment**

08 Civ. 2113 (KMW)

Pursuant to the order issued _____ **MAY 2 8 2008** _____, by the Honorable Kimba M. Wood, Chief Judge, dismissing the amended complaint, it is,

**ORDERED, ADJUDGED AND DECREED**: That the complaint be and is hereby dismissed. Fed. R. Civ. P. 12(b)(1) and 12(h)(3). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.

_____
KIMBA M. WOOD
Chief Judge

Dated: MAY 2 8 2008

    New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.